AO 91 (Rev. 11/11) Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
District of New Hampshire

U.S. DISTRICT COURT
DISTRICT OF N.H.
FILED

2012 JUL 17 P 1: 55

| | |
|---|---|
| United States of America<br>v.<br><br>John Bryan Villegas<br><br>*Defendant(s)* | )<br>)<br>)  Case No.<br>)  1:12- mj -55
)<br>)<br>) |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of __July 10 to 16, 2012__ in the county of __Strafford__ in the _____ District of __New Hampshire__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 USC 875(d) and | Extortion thorugh interstate communications |
| 18 USC 1030(a)(7)(B) | Extortion through unauthorized access to protected computer |

This criminal complaint is based on these facts:
See attached Affidavit

☑ Continued on the attached sheet.

_____
Complainant's signature

Michael Peck, Special Agent
*Printed name and title*

Sworn to before me and signed in my presence.

Date: 07/17/2012

_____
Judge's signature

City and state: Concord, New Hampshire

Landya B. McCafferty
*Printed name and title*