# EVALUATION REPORT & COUNSELING RECORD (E1-E6)

RCS BUPERS 1610-1

| 1. Name (Last, First MI Suffix) | 2. Rate | 3. Desig | 4. SSN |
|---|---|---|---|
| VILLEGAS, JOHN B. | HN | | |

| 5. ACT [X] FTS [ ] INACT AT/ADSW [ ] 265 | 6. UIC 00105 | 7. Ship/Station NBHC PORTSMOUTH | 8. Promotion Status REGULAR | 9. Date Reported 14MAR16 |
|---|---|---|---|---|

| Occasion for Report | | | | Period of Report |
|---|---|---|---|---|
| 10. Periodic [X] | 11. Detachment of Individual [ ] | 12. Promotion/Frocking [ ] | 13. Special [ ] | 14. From: 11JUL16  15. To: 12JUL15 |

| 16. Not Observed Report [ ] | Type of Report 17. Regular [X] | 18. Concurrent [ ] | 20. Physical Readiness PP | 21. Billet Subcategory (if any) NA |
|---|---|---|---|---|

| 22. Reporting Senior (Last, FI MI) | 23. Grade | 24. Desig | 25. Title | 26. UIC | 27. SSN |
|---|---|---|---|---|---|
| BALLARD, D W | HMC | | SEL | 00105 | |

**28. Command employment and command achievements.**
Maintains medical readiness of afloat, ashore and visiting units. Provides accessible, high quality healthcare. Prevents illness and injury by promoting wellness and health. Deploys in direct support of overseas contingency and humanitarian operations.

**29. Primary/Collateral/Watchstanding duties.** (Enter primary duty abbreviation in box.)
ADV LAB TECH    PRI: (8506) Advanced Laboratory Technician-17. Responsible for collecting and processing over 3,700 laboratory tests monthly. COL: Regulated Medical Waste Disposal Coordinator-12, Material Safety Data Sheet Revision Coordinator-12, Command Assessment Team-12, Color Guard-12. Watch: COD-12. PQA: 11-2-2-1.

| For Mid-term Counseling Use. (When completing EVAL, enter 30 and 31 from counseling worksheet and sign 32.) | 30. Date Counseled 15FEB12 | 31. Counselor IVES, J R, HMC | 32. Signature of Individual Counseled |
|---|---|---|---|

PERFORMANCE TRAITS: 1.0 - Below standards/not progressing or UNSAT in any one standard; 2.0 - Does not yet meet all 3.0 standards; 3.0 - Meets all 3.0 standards; 4.0 - Exceeds most 3.0 standards; 5.0 - Meets overall criteria and most of the specific standards for 5.0. Standards are not all inclusive.

| PERFORMANCE TRAITS | 1.0* Below Standards | 2.0 Progressing | 3.0 Meets Standards | 4.0 Above Standards | 5.0 Greatly Exceeds Standards |
|---|---|---|---|---|---|
| 33. PROFESSIONAL KNOWLEDGE: Technical knowledge and practical application. NOB [ ] | -Marginal knowledge of rating, specialty or job. -Unable to apply knowledge to solve routine problems. -Fails to meet advancement/PQS requirements. [ ] | [ ] | -Strong working knowledge of rating, specialty and job. -Reliably applies knowledge to accomplish tasks. -Meets advancement/PQS requirements on time. [ ] | [X] | -Recognized expert, sought out by all for technical knowledge. -Uses knowledge to solve complex technical problems. -Meets advancement/PQS requirements early/with distinction. [ ] |
| 34. QUALITY OF WORK: Standard of work; value of end product. NOB [ ] | -Needs excessive supervision. -Product frequently needs rework. -Wasteful of resources. [ ] | [ ] | -Needs little supervision. -Produces quality work. Few errors and requires rework. -Uses resources efficiently. [X] | [ ] | -Needs no supervision. -Always produces exceptional work. No rework required. -Maximizes resources. [ ] |
| 35. COMMAND OR ORGANIZATIONAL CLIMATE/EQUAL OPPORTUNITY: Contributing to growth and development, human worth, community. NOB [ ] | -Actions counter to Navy's retention/reenlistment goals. -Uninvolved with mentoring or professional development of subordinates. -Actions counter to good order and discipline or negatively affect Command/Organizational climate. -Demonstrates exclusionary behavior. Fails to value differences from cultural diversity. [ ] | [ ] | -Positive leadership supports Navy's increased retention goals. Active in decreasing attrition. -Actions adequately encourage/support subordinates' personal/professional growth. -Demonstrates appreciation for contributions of Navy personnel. Positive influence on Command climate. -Values differences as strengths. Fosters atmosphere of acceptance/inclusion per EO/EEO policy. [X] | [ ] | -Measurably contributes to Navy's increased retention and reduced attrition objectives. -Proactive leader/exemplary mentor. Involved in subordinates' personal development leading to professional growth/sustained commitment. -Initiates support programs for military, civilian, and families to achieve exceptional Command and Organizational climate. -The model of achievement. Develops unit cohesion by valuing differences as strengths. [ ] |
| 36. MILITARY BEARING/CHARACTER: Appearance, conduct, physical fitness, adherence to Navy Core Values. NOB [ ] | -Consistently unsatisfactory appearance. -Poor self-control; conduct resulting in disciplinary action. -Unable to meet one or more physical readiness standards. -Fails to live up to one or more Navy Core Values: HONOR, COURAGE, COMMITMENT. [ ] | [ ] | -Excellent personal appearance. -Excellent conduct; conscientiously complies with regulations. -Complies with physical readiness program. -Always lives up to Navy Core Values: HONOR, COURAGE, COMMITMENT. [ ] | [X] | -Exemplary personal appearance. -Model of conduct, on and off duty. -A leader in physical readiness. -Exemplifies Navy Core Values: HONOR, COURAGE, COMMITMENT. [ ] |
| 37. PERSONAL JOB ACCOMPLISHMENT/INITIATIVE: Responsibility, quantity of work. NOB [ ] | -Needs prodding to attain qualification or finish job. -Prioritizes poorly. -Avoids responsibility. [ ] | [ ] | -Productive and motivated. Completes tasks and qualifications fully and on time. -Plans/prioritizes effectively. -Reliable, dependable, willingly accepts responsibility. [ ] | [X] | -Energetic self-starter. Completes tasks or qualifications early, far better than expected. -Plans/prioritizes wisely and with exceptional foresight. -Seeks extra responsibility and takes on the hardest jobs. [ ] |

RS 1616/26 (05-10) FOR OFFICIAL USE ONLY - PRIVACY ACT SENSITIVE

# EVALUATION REPORT & COUNSELING RECORD (E1-E6) (cont'd)

RCS BUPERS 1610-1

| 1. Name (Last, First MI Suffix) | 2. Rate | 3. Desig | 4. SSN |
|---|---|---|---|
| VILLEGAS, JOHN B | HN | | (redacted) |

| PERFORMANCE TRAITS | 1.0* Below Standards | 2.0 Progressing | 3.0 Meets Standards | 4.0 Above Standards | 5.0 Greatly Exceeds Standards |
|---|---|---|---|---|---|
| 38. TEAMWORK: Contributions to team building and team results. NOB ☐ | - Creates conflict, unwilling to work with others, puts self above team. - Fails to understand team goals or teamwork techniques. - Does not take direction well. ☐ | ☐ | - Reinforces others' efforts, meets commitments to team. - Understands goals, employs good teamwork techniques. - Accepts and offers team direction. ☐ | X | - Team builder, inspires cooperation and progress. - Focuses goals and techniques for teams. - The best at accepting and offering team direction. ☐ |
| 39. LEADERSHIP: Organizing, motivating and developing others to accomplish goals. NOB ☐ | - Neglects growth/development or welfare of subordinates. - Fails to organize, creates problems for subordinates. - Does not set or achieve goals relevant to command mission and vision. - Lacks ability to cope with or tolerate stress. - Inadequate communicator. - Tolerates hazards or unsafe practices. ☐ | ☐ | - Effectively stimulates growth/development in subordinates. - Organizes successfully, implementing process improvements and efficiencies. - Sets/achieves useful, realistic goals that support command mission. - Performs well in stressful situations. - Clear, timely communicator. - Ensures safety of personnel and equipment. ☐ | X | - Inspiring motivator and trainer, subordinates reach highest level of growth and development. - Superb organizer, great foresight, develops process improvements and efficiencies. - Leadership achievements dramatically further command mission and vision. - Perseveres through the toughest challenges and inspires others. - Exceptional communicator. - Makes subordinates safety-conscious, maintains top safety record. - Constantly improves the personal and professional lives of others. ☐ |

| 40. Individual Trait Avg. total of trait scores divided by number of graded traits. | 41. I recommend this individual for (maximum of two): Assignment in Rating, Sea Special Programs, Shore Special Programs, Commissioning Programs, Special Warfare Programs, Rating Instructor Duty, Other. (Be specific) | 42. Signature of Rater (Typed Name & Rate): I have evaluated this member against the above performance standards and have awarded written explanation of marks 1.0 and 5.0. |
|---|---|---|
| 3.57 | ASSIGNMENT IN RATE / SEA DUTY | (signature) VACLAV R J, HM1 (FMF) Date: 24 July 2012 |

43. COMMENTS ON PERFORMANCE: * All 1.0 marks, three 2.0 marks, and 2.0 marks in Block 35 must be specifically substantiated in comments. Comments must be verifiable. Font must be 10 or 12 Pitch (10 or 12 point) only. Use upper and lower case.

HN Villegas is a highly motivated Sailor, eager to take on challenging responsibilities!
- Naval Branch Health Clinic Portsmouth Blue Jacket of the Quarter, 2nd Quarter 2012.
- Performed over 40,000 laboratory tests on a diverse patient population. Supervised 10 personnel in proper laboratory procedures, collections, and the proper preparation and shipping procedures for 2,600 lbs of regulated medical waste, in accordance with OSHA guidelines with zero discrepancies. Organized and updated clinic MSDS that resulted in uniform documentation throughout NHCNE and aided with an outstanding score during the September 2011 College of American Pathologists (CAP) inspection.
- Motivated instructor; used his superb technical knowledge to instruct six Seacoast college students and seven clinic staff members in proper phlebotomy techniques. Dedicated over 18 hours to leading and instructing nine personnel in proper color guard drilling and ceremony procedures, that resulted in the successful completion of over 30 military and community color guard ceremonies.
- Equal Opportunity, Drafts and distributes a monthly command equal opportunity newsletter.
- Command Volunteer; helped raise $5,000 for the 2012 NBHC Portsmouth Hospital Corpsman Birthday Ball.
HN Villegas is a hard charging Sailor already performing at the level of a Petty Officer.

44. QUALIFICATIONS/ACHIEVEMENTS - Education, awards, community involvement, etc., during this period.

EDU: eight credit hours GBCC, 10 NKO courses, 12.5 CE credits. Awards: LOA, LOC BJOQ 2nd Quarter 2012. COMM: five hrs Portsmouth soup kitchen, 32 hrs NOSC Manchester.

| Promotion Recommendation | NOB | Significant Problems | Progressing | Promotable | Must Promote | Early Promote | 47. Retention: Not Recommended ☐  Recommended [X] |
|---|---|---|---|---|---|---|---|
| 45. INDIVIDUAL | | | | | X | | 48. Reporting Senior Address: NAVAL BRANCH HEALTH CLINIC ONE AYRES CIRCLE BLDG H-1 PORTSMOUTH, NH 03904-5000 |
| 46. SUMMARY | ⊠ | 0 | 0 | 0 | 4 | 1 | |

| 49. Signature of Senior Rater (Typed Name & Grade/Rate): I have reviewed the evaluation of this member against these performance standards and have provided written explanation to support the marks of 1.0 and 5.0. (signature) LAMB, J F, LT Date: 24 JUL 2012 | 50. Signature of Reporting Senior (signature) Date: 30 JUL 2012 |
|---|---|
| | Summary Group Average: 3.37 |
| 51. Signature of Individual Evaluated. "I have seen this report, been apprised of my performance, and understand my right to submit a statement." I intend to submit a statement ☐   I do not intend to submit a statement [X] (signature) Date: 30 JUL 12 | 52. Type name, grade, command, UIC, and signature of Regular Reporting Senior on Concurrent Report. Date: |

NAVPERS 1616/26 (08-10) FOR OFFICIAL USE ONLY - PRIVACY ACT SENSITIVE

**ADMINISTRATIVE REMARKS**
NAVPERS 1070/613 (REV. 07-06)
S/N: 0106-LF-132-8700

SHIP OR STATION:

NAVAL BRANCH HEALTH CLINIC PORTSMOUTH, NH   NAVAL HEALTH CLINIC NEW ENGLAND

SUBJECT:   [X] PERMANENT   [ ] TEMPORARY
AUTHORITY (IF PERMANENT)

REMOVAL OF ADVANCEMENT RECOMMENDATION

13SEP12 : RECOMMENDATION FOR ADVANCEMENT TO E-4/HM3 WITHDRAWN THIS DATE DUE TO PENDING
DATE      FEDERAL CHARGES IN THE UNITED STATED DISTRICT COURT OF NEW HAMPSHIRE.

_[signature]_
OIC SIGNATURE/DATE

"I have read the above and understand that my recommendation for advancement to E-4/HM3 has been withdrawn. I have further been informed of my rights to redress as provided under UMCJ, Article 138. I understand withdrawal of my advancement recommendation for E-4/HM3 is a permanent action for this advancement cycle, with no administrative recourse."

_[signature]_ 13SEP12
MEMBER'S SIGNATURE/DATE

WITNESSED: _[signature]_ 13SEP2012
WITNESSES SIGNATURE/DATE

| NAME (LAST, FIRST, MIDDLE) | SOCIAL SECURITY NUMBER | BRANCH AND CLASS |
|---|---|---|
| VILLEGAS, JOHN, BRYAN | [redacted] | USN |

FOR OFFICIAL USE ONLY
PRIVACY SENSITIVE

13

# EVALUATION REPORT & COUNSELING RECORD (E1-E6)

RCS BUPERS 1610-1

| 1. Name (Last, First MI Suffix) VILLEGAS, JOHN B | 2. Rate HN | 3. Desig | 4. SSN |
|---|---|---|---|
| 5. ACT [X] FTS INACT AT/ADSW/ 265 | 6. UIC 00105 | 7. Ship/Station NBHC PORTSMOUTH | 8. Promotion Status REGULAR | 9. Date Reported 11MAR15 |

| Occasion for Report | | | | Period of Report | |
|---|---|---|---|---|---|
| 10. Periodic | 11. Detachment of Individual | 12. Promotion/ Frocking | 13. Special [X] | 14. From 12JUL16 | 15. To 12SEP21 |

| 16. Not Observed Report | Type of Report 17. Regular [X] 18. Concurrent | 20. Physical Readiness N | 21. Billet Subcategory (if any) NA |
|---|---|---|---|

| 22. Reporting Senior (Last, FI MI) DAVIDSON, T A | 23. Grade CAPT | 24. Desig 2900 | 25. Title CO | 26. UIC 32185 | 27. SSN 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 |
|---|---|---|---|---|---|

**28. Command employment and command achievements.**
Maintains medical readiness of afloat, ashore and visiting units. Provides accessible, high quality healthcare. Prevents illness and injury by promoting wellness and health. Deploys in direct support of overseas contingency and humanitarian operations.

**29. Primary/Collateral/Watchstanding duties.** (Enter primary duty abbreviation in box.)
ADV LAB TECH  PRI: (8506) Advanced Laboratory Technician-2.

| For Mid-term Counseling Use. (When completing EVAL, enter 30 and 31 from counseling worksheet and sign 32.) | 30. Date Counseled 12JUL15 | 31. Counselor BALLARD, D W | 32. Signature of Individual Counseled |
|---|---|---|---|

PERFORMANCE TRAITS: 1.0 - Below standards/not progressing or UNSAT in any one standard; 2.0 - Does not yet meet all 3.0 standards; 3.0 - Meets all 3.0 standards; 4.0 - Exceeds most 3.0 standards; 5.0 - Meets overall criteria and most of the specific standards for 5.0. Standards are not all inclusive.

| PERFORMANCE TRAITS | 1.0* Below Standards | 2.0 Progressing | 3.0 Meets Standards | 4.0 Above Standards | 5.0 Greatly Exceeds Standards |
|---|---|---|---|---|---|
| 33. PROFESSIONAL KNOWLEDGE: Technical knowledge and practical application. NOB [X] | -Marginal knowledge of rating, specialty or job. -Unable to apply knowledge to solve routine problems. -Fails to meet advancement/PQS requirements. | | -Strong working knowledge of rating, specialty and job. -Reliably applies knowledge to accomplish tasks. -Meets advancement/PQS requirements on time. | | -Recognized expert, sought out by all for technical knowledge. -Uses knowledge to solve complex technical problems. -Meets advancement/PQS requirements early/with distinction. |
| 34. QUALITY OF WORK: Standard of work; value of end product. NOB [X] | -Needs excessive supervision. -Product frequently needs rework. -Wasteful of resources. | | -Needs little supervision. -Produces quality work. Few errors and resulting rework. -Uses resources efficiently. | | -Needs no supervision. -Always produces exceptional work. No rework required. -Maximizes resources. |
| 35. COMMAND OR ORGANIZATIONAL CLIMATE/EQUAL OPPORTUNITY: Contributing to growth and development, human worth, community. NOB | -Actions counter to Navy's retention/ reenlistment goals. -Uninvolved with mentoring or professional development of subordinates. -Actions counter to good order and discipline and negatively affect Command/ Organizational climate. -Demonstrates exclusionary behavior. Fails to value differences from cultural diversity. [X] | | -Positive leadership supports Navy's increased retention goals. Active in decreasing attrition. -Actions adequately encourage/support subordinates' personal/professional growth. -Demonstrates appreciation for contributions of Navy personnel. Positive influence on Command climate. -Values differences as strengths. Fosters atmosphere of acceptance/inclusion per EO/EEO policy. | | -Measurably contributes to Navy's increased retention and reduced attrition objectives. -Proactive leader/exemplary mentor. Involved in subordinates' personal development leading to professional growth/sustained commitment. -Initiates support programs for military, civilian, and families to achieve exceptional Command and Organizational climate. -The model of achievement. Develops unit cohesion by valuing differences as strengths. |
| 36. MILITARY BEARING/ CHARACTER: Appearance, conduct, physical fitness, adherence to Navy Core Values. NOB | -Consistently unsatisfactory appearance. -Poor self-control; conduct resulting in disciplinary action. -Unable to meet one or more physical readiness standards. -Fails to live up to one or more Navy Core Values: HONOR, COURAGE, COMMITMENT. | [X] | -Excellent personal appearance. -Excellent conduct conscientiously complies with regulations. -Complies with physical readiness program. -Always lives up to Navy Core Values: HONOR, COURAGE, COMMITMENT. | | -Exemplary personal appearance. -Model of conduct, on and off duty. -A leader in physical readiness. -Exemplifies Navy Core Values: HONOR, COURAGE, COMMITMENT. |
| 37. PERSONAL JOB ACCOMPLISHMENT/ INITIATIVE: Responsibility, quantity of work. NOB [X] | -Needs prodding to attain qualification or finish job. -Prioritizes poorly. -Avoids responsibility. | | -Productive and motivated. Completes tasks and qualifications fully and on time. -Plans/prioritizes effectively. -Reliable, dependable, willingly accepts responsibility. | | -Energetic self-starter. Completes tasks or qualifications early, far better than expected. -Plans/prioritizes wisely and with exceptional foresight. -Seeks extra responsibility and takes on the hardest jobs. |

NAVPERS 1616/26 (08-10) FOR OFFICIAL USE ONLY - PRIVACY ACT SENSITIVE

# EVALUATION REPORT & COUNSELING RECORD (E1-E6) (cont'd)

RCS BUPERS 1610

| 1. Name (Last, First MI Suffix) | 2. Rate | 3. Desig | 4. SSN |
|---|---|---|---|
| VILLEGAS, JOHN B | HN | | [redacted] |

| PERFORMANCE TRAITS | 1.0* Below Standards | 2.0 Progressing | 3.0 Meets Standards | 4.0 Above Standards | 5.0 Greatly Exceeds Standards |
|---|---|---|---|---|---|
| 38. TEAMWORK: Contributions to team building and team results. NOB [X] | - Creates conflict, unwilling to work with others, puts self above team. - Fails to understand team goals or teamwork techniques. - Does not take direction well. [ ] | [ ] | - Reinforces others' efforts, meets commitments to team. - Understands goals, employs good teamwork techniques. - Accepts and offers team direction. [ ] | [ ] | - Team builder, inspires cooperation and progress. - Focuses goals and techniques for teams. - The best at accepting and offering team direction. [ ] |
| 39. LEADERSHIP: Organizing, motivating and developing others to accomplish goals. NOB [X] | - Neglects growth/development or welfare of subordinates. - Fails to organize, creates problems for subordinates. - Does not set or achieve goals relevant to command mission and vision. - Lacks ability to cope with or tolerate stress. - Inadequate communicator. - Tolerates hazards or unsafe practices. [ ] | [ ] | - Effectively stimulates growth/development in subordinates. - Organizes successfully, implementing process improvements and efficiencies. - Sets/achieves useful, realistic goals that support command mission. - Performs well in stressful situations. - Clear, timely communicator. - Ensures safety of personnel and equipment. [ ] | [ ] | - Inspiring motivator and trainer, subordinates reach highest level of growth and development. - Superb organizer, great foresight, develops process improvements and efficiencies. - Leadership achievements dramatically further command mission and vision. - Perseveres through the toughest challenges and inspires others. - Exceptional communicator. - Makes subordinates safety-conscious, maintains top safety record. - Constantly improves the personal and professional lives of others. [ ] |

| 40. Individual Trait Avg. total of trait scores divided by number of graded traits. **1.00** | 41. I recommend this individual for (maximum of two): Assignment in Rating, Sea Special Programs, Shore Special Programs, Commissioning Programs, Special Warfare Programs, Rating Instructor Duty, Other. (Be specific) **NONE** | 42. Signature of Rater (Typed Name & Rate): I have evaluated this member against the above performance standards and have forwarded written explanation of marks 1.0 and 5.0. [signature] BALLARD, D W, HMC (SS/SW/AW)  Date: 13SEP2012 |
|---|---|---|

43. COMMENTS ON PERFORMANCE: * All 1.0 marks, three 2.0 marks, and 2.0 marks in Block 35 must be specifically substantiated in comments. Comments must be verifiable. Font must be 10 or 12 Pitch (10 or 12 point) only. Use upper and lower case.

This evaluation submitted due to the member's removal of recommendation for advancement.

BLK35: Member rated a 1.0 mark due to "Actions counter to Navy's retention/ reenlistment goals".

BLK36: Member rated a 1.0 mark due to "Poor self control; conduct resulting in disciplinary action.

Recommendation for advancement withdrawn this date due to pending Federal criminal charges in the United States District Court of New Hampshire.

Member has read the above and understands that recommendation for advancement to HM3 has been withdrawn. Furthermore he has been informed of his rights to redress as provided under UCMJ, article 138. He understands the withdrawal of his advancement recommendation is a permanent action for this advancement cycle, with no administrative recourse.

44. QUALIFICATIONS/ACHIEVEMENTS - Education, awards, community involvement, etc., during this period.

| Promotion Recommendation | NOB | Significant Problems | Progressing | Promotable | Must Promote | Early Promote | 47. Retention: Not Recommended [ ]   Recommended [X] |
|---|---|---|---|---|---|---|---|
| 45. INDIVIDUAL | | X | | | | | 48. Reporting Senior Address NAVHELTHCLINIC NEW ENGLAND 43 SMITH ROAD NEWPORT RI 02841-1002 |
| 46. SUMMARY | [X] | 1 | 0 | 0 | 0 | 0 | |

| 49. Signature of Senior Rater (Typed Name & Grade/Rate): I have reviewed the evaluation of this member against these performance standards and have provided written explanation to support the marks of 1.0 and 5.0. [signature] NOWAK, K CDR   Date: 13SEP12 | 50. Signature of Reporting Senior [signature]   Summary Group Average: 1.00   Date: 9/14/12 |
|---|---|
| 51. Signature of Individual Evaluated. "I have seen this report, been apprised of my performance, and understand my right to submit a statement." I intend to submit a statement. [ ]   I do not intend to submit a statement. [X] [signature]   Date: 13SEP12 | 52. Type name, grade, command, UIC, and signature of Regular Reporting Senior on Concurrent Report Date: |

NAVPERS 1616/26 (08-10) FOR OFFICIAL USE ONLY - PRIVACY ACT SENSITIVE