# WARNING AND CONSENT TO SPEAK

## WARNING OF RIGHTS

You must understand your rights before we ask you any questions.

You have the right to remain silent.

Anything you say can be used against you in court, or other proceedings.

You have the right to talk to a lawyer for advice before we question you and to have him with you during questioning.

If you cannot afford a lawyer and want one, a lawyer will be appointed for you by the court. If you decide to answer questions now without a lawyer present, you will still have the right to stop the questioning at any time. You also have the right to stop the questioning at any time until you talk to a lawyer.

I have read this statement of my rights and it has been read to me, and I understand what my rights are.

Date: 7/17/12

Time: 5pm

Signature: [signed]

## WAIVER

I do not want a lawyer at this time. I understand and know what I am doing. No promises or threats have been made to me and no pressure or force of any kind has been used against me. I hereby voluntarily and intentionally waive my right to remain silent and my right to have an attorney at this time. I am willing to make a statement and answer questions.

Date: 7/17/12

Time: 5pm

Signature: [signed]

## CERTIFICATION

I hereby certify that the foregoing Warning of Rights and Waiver were read by me to the above signatory, and that he also read it and has affixed his signature hereto in my presence.

Witness: [signed]

Signature: [signed]

Witness: _____

UNITED STATES SECRET SERVICE



# DEPARTMENT OF HOMELAND SECURITY
## UNITED STATES SECRET SERVICE

File: _____

City of: Kittery
County of: _____
State of New ~~Hampshire~~ Maine
Date: 7/17/12
Location: 12 Dame St Kittery NH

## VOLUNTARY STATEMENT

I, John Villegas, attest that I have been duly notified of my Miranda Rights per Secret Service Form 1737 and that I swear that the below statement is true and accurate.

Special Agent Matt Oneill has identified him/herself to me as a representative of the United States Secret Service, and I want to provide the following statement of my own free will and accord, without coercion or threat.

I am 21 years of age and I reside at 12 Dame St Apt 1 Kittery, ME telephone number 407 432 3688. I work at Portsmouth Naval Shipyard, telephone number 207 438 2330.

A few months ago, I hacked into _____'s gmail account, _____@gmail.com, by guessing her security question. While in her account, I found explicit images of _____ stored in her gmail account. I saved the images to my iphone. My wife and I took a trip to the philippines in February 2012. _____ was supposed to watch and care for our cat. I was angry because _____ neglected our cat and I wanted to get even with her. On July 17, 2012, I mailed explicit images of herself from the Kittery post office. I did not steal _____'s laptop computer or underwear. I don't know who broke into _____'s house. I threatened _____ through email only to scare her and I was never going to post or mail her images to anyone else. I am sorry for extorting _____ through email and the post office. I sent the explicit images of her through my _____ xoxo@gmail.com account.

Witness: SA Matt Oneill          Signed: _____
Witness: OCT Pat Kilbreth         Signed: _____

Page 1 of 2

I named the account because its Facebook name. I set up the gmail account because I found S name in S Facebook Account. I do not send any emails through this account.

NO FURTHER ENTRIES

name (printed): JOHN BRYAN VILLEGAS

signed: _____ dated: 18 JUL 12

Witness: SA MATT O'Neill  Signed: _____
Witness: DET PAT Kilbreth  Signed: _____

Page 2 of 2