```
              UNITED STATES DISTRICT COURT
                DISTRICT OF NEW HAMPSHIRE
```

United States of America
                                        Criminal No. 13-cr-75-01-JL
    v.

John Bryan Villegas


```
            ORDER RE RETURN OF POSTED COLLATERAL
```

Judgment having been rendered in the above-captioned case, the Clerk is directed, pursuant to instructions from the Administrative Office, to return US Passport, #486731241, surrendered as a condition of bail, to the Department of State.

SO ORDERED.

_____
Joseph N. Laplante
Chief Judge

Date: March 14, 2014

cc:  U.S. Attorney
     U.S. Marshal
     U.S. Probation
     Bjorn R. Lange