UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE
55 PLEASANT STREET, ROOM 110
CONCORD, NEW HAMPSHIRE 03301-3941

**OFFICE OF THE CLERK**

Daniel J. Lynch, Clerk of Court                          Telephone: 603-225-1423
Pamela E. Phelan, Chief Deputy Clerk                     Web: www.nhd.uscourts.gov

March 21, 2014

FEDERAL EXPRESS

Office of Passport Policy & Advisory Services
2401 'E' Street, NW, Suite H907
Washington, DC 20522-907


In re:   Criminal No. 13-cr-75-01-JL, US v. John Bryan Villegas


Ladies and Gentlemen:

    As the above individual was recently convicted of a felony in our court, pursuant to direction from our Administrative Office, we are returning to your custody Passport No. 486731241, which has an expiration date of December 28, 2021.

    Enclosed is a copy of the judgment.

    By copy of this letter, the defendant is herewith advised of this transfer and of the fact that your office is the one that should be contacted with any questions regarding this passport.

                Very truly yours,

                */s/Charli M. Pappas*
                Deputy Clerk


Enclosures

cc:   U.S. Attorney
      U.S. Marshal
      U.S. Probation
      Bjorn Lange, AFD